IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERMAINE SMITH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-833-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief can be granted.

_____      10/2/12
Peter Oppeneer, Clerk of Court          Date